# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| ToolsGroup, Inc.<br>75 Federal St, Suite 920<br>Boston, MA 02110 | Christmas Tree Shops LLC | 2/24/2023 | $22,400.00 | Services |
| ToolsGroup, Inc.<br>75 Federal St, Suite 920<br>Boston, MA 02110 | Christmas Tree Shops LLC | 3/10/2023 | $32,560.00 | Services |
| ToolsGroup, Inc.<br>75 Federal St, Suite 920<br>Boston, MA 02110 | Christmas Tree Shops LLC | 3/17/2023 | $2,560.00 | Services |
| ToolsGroup, Inc.<br>75 Federal St., Suite 920<br>Boston, MA 02110 | Christmas Tree Shops LLC | 4/14/2023 | $160.00 | Services |
|  |  |  | **$57,680.00** |  |